IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **HECTOR AYALA HERRERA**, *et al.* | : | **CIVIL ACTION** |
| *Plaintiffs* | : | |
| | : | **NO. 17-3176** |
| **v.** | : | |
| | : | |
| **ROLLING GREEN LANDSCAPE AND DESIGN, INC.**, *et al.* | : | |
| | : | |
| *Defendants* | : | |

# O R D E R

**AND NOW,** this 24th day of September 2018, upon consideration of the *Joint Motion for Approval of Settlement Agreement and Dismissal of the Complaint*, as well as the exhibits in support of that motion, [ECF 48], it is hereby **ORDERED** that the joint motion is **GRANTED**, and the proposed agreement attached to the motion as Exhibit A is **APPROVED**. The Clerk of Court is directed to DISMISS this case with prejudice and mark it as **CLOSED** as to Plaintiffs and FLSA Opt-in Plaintiffs.

The terms of the Release and Settlement Agreement are hereby incorporated to this Order by reference, and this Court shall retain jurisdiction to enforce such terms.

**BY THE COURT:**

*/s/ Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*